**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01812-LTB-PAC

TIFFANY FAIRCHILDS,

      Plaintiff,

v.

NELSON WATSON & ASSOCIATES, LLC, a Massachusetts limited liability company,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 7 - filed October 30, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: October 31, 2006